**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01225-CV

**JANOS FARKAS, Appellant**

**V.**

**AURORA LOAN SERVICES, LLC, AURORA BANK FSB. FEDERAL NATIONAL BANK ASSOCIATION, JINNI GONZALEZ, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02053**

## ORDER

As appellant has provided verification of payment for the clerk's record, we **ORDER** Dallas County District Clerk Felicia Pitre to file the clerk's record no later than December 7, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/      CRAIG STODDART
         JUSTICE